```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NICO TRINKHAUS,                    :
                                   :
                Plaintiff,         :    20 Civ. 2892 (VM)
                                   :
        -against-                  :    **CONDITIONAL ORDER**
                                   :    **OF DISCONTINUANCE**
MATADOR VENTURES, INC.,            :    **WITHOUT PREJUDICE**
                                   :
                Defendant.         :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge**.

The parties have notified the Court that they have reached an agreement to resolve this action without further litigation, and they ask the Court to dismiss this matter with leave for any party to reopen the case should the parties not finalize a settlement within thirty days. (See Dkt. No. 7.) Accordingly, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action and any pending motions to its active docket

and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court are canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           02 June 2020

_____
Victor Marrero
U.S.D.J.